AO 94 (Rev. 01/09) Commitment to Another District

**FILED**

# UNITED STATES DISTRICT COURT
for the

JUN 0 3 2009

CLERK
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

United States of America )
v. )
**Richard Schweich** ) Case No. __CR 09-mj-70422 RS__
_Defendant_ )
) Charging District's
) Case No. _____

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __Southern__ District of __Indiana__.

The defendant may need an interpreter for this language: __No__.

The defendant:   ☐ will retain an attorney.
                 ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance. _No detention hearing held in NDCA thus hearing in Indiana is not affected by NDCA probably PVT_

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: __6/3/09__

_Patricia V. Trumbull_
Judge's signature

__PATRICIA V. TRUMBULL, US Mag. Judge__
Printed name and title